# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUBERT JACKSON, | ) Civil Action No. 2: 13-cv-1301 |
| Plaintiff, | ) United States District Judge |
| | ) Arthur J. Schwab |
| v. | ) |
| | ) United States Magistrate Judge |
| JOHN E. WETZEL, et al., | ) Cynthia Reed Eddy |
| Defendants. | ) |

## MEMORANDUM ORDER

On September 6, 2013, the above captioned case was initiated by the filing of Motion for Leave in forma pauperis (ECF No. 1) and was referred to a United States magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges. The motion was granted and Plaintiff's Complaint was filed on November 4, 2013 (ECF No. 10).

The Magistrate Judge filed a Report and Recommendation on November 8, 2013 (ECF No. 11) recommending that the Complaint be dismissed sua sponte for failure to state a claim upon which relief can be granted. Plaintiff was served with the Report and Recommendation at his listed address and was advised that he had until November 25, 2013, to file written objections to the Report and Recommendation. Plaintiff filed Objections to the Report and Recommendation on November 25, 2013 (ECF No. 13). Plaintiff's Objections do not undermine the recommendation of the Magistrate Judge.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

1

AND NOW, this 27th day of November, 2013:

IT IS HEREBY ORDERED that the Complaint be dismissed with prejudice under 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 11) is ADOPTED as the Opinion of the Court.

IT IS FURTHER ORDERED that the Clerk of Court mark this case CLOSED.

AND IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Court Judge

cc: HUBERT JACKSON
AJ2373
1600 Walters Mill Road
Somerset, PA 15510