IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HUBERT JACKSON,

    Plaintiff,

v.

JOHN WETZEL, ET AL.,

    Defendants.

13cv1301
**ELECTRONICALLY FILED**

### ORDER OF COURT RE: PLAINTIFF'S MOTION TO MAKE ADEQUATE FINDINGS OF FACT AND CONCLUSIONS OF LAW THEREON PURSUANT TO FED.R.CIV.P. 52(b) (DOC. NO. 47)

Presently before this Court is *Pro Se* Plaintiff's Motion to Make Adequate Findings of Fact and Conclusions of Law Thereon Pursuant to Fed.R.Civ.P. 52(b) in which he moves this Court to make "adequate" findings of fact and conclusions of law as to the previously filed Memorandum Order dismissing Plaintiff's Complaint with prejudice and closing the case because Plaintiff contends the Court did not undertake a *de novo* review of his objections to the United States Magistrate Judge's Report and Recommendation. Doc. No. 44. However, the Court explicitly noted in its Order adopting the Report and Recommendation and dismissing Plaintiff's Complaint with prejudice that the Court had undertaken "*de novo* review of the pleading and documents in the case, together with the Report and Recommendation, and the Objections thereto." Doc. No. 14, pg. 1. Plaintiff has not advanced any grounds to assail this Court's Order.

Further, the United States Court of Appeals for the Third Circuit has affirmed this Court's judgment. Doc. No. 41. Because the Court has previously ruled on Plaintiff's objections to the Report and Recommendation and Plaintiff has not advanced any substantive reason why

the Court should vacate its Orders or make further findings of fact or conclusions of law, the following Order is entered:

AND NOW, this 5th day of June 2015, IT IS HEREBY ORDERED THAT Plaintiff's Motion to Make Adequate Findings of Fact and Conclusions of Law Thereon Pursuant to Fed.R.Civ.P. 52(b) (Doc. No. 47) is **DENIED**. The case shall remain **CLOSED**.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and Parties

**MR. HUBERT JACKSON**
AJ2373
1600 Walters Mill Road
Somerset, PA 15510